AFM
F.# 2016R00184

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

AARON ROBINSON,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

16-M-812 (VVP)

Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Alexander Mindlin, for an order unsealing the search warrant and underlying affidavit filed with docket number 16-m-812, and captioned "In the Matter of an Application for a Search Warrant for the Premises Known and Described as 981 Park Place, Apt. 2C, Brooklyn, NY 11213."

WHEREFORE, it is ordered that the search warrant and underlying affidavit in the above-referenced matter be unsealed.

Dated:   Brooklyn, New York
          _____, 2019

 Digitally signed by Steven M. Gold
Date: 2019.07.19 16:38:34 -04'00'

_____
HONORABLE STEVEN M. GOLD
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK